IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07-cr-00015-MR-WCM-9

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM ALONZO SMITH, | ) |
| | ) |
| and | ) |
| | ) |
| PAYROLL PLUS CORPORATION, | ) |
| Garnishee. | ) |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 346) is **GRANTED**, and the Order of Continuing Garnishment (Doc. 345) against Defendant William Alonzo Smith is **DISMISSED**.

Signed: August 20, 2021

W. Carleton Metcalf
United States Magistrate Judge